■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIAN WINKELSTEIN, Respondent, against SAMUEL WOLLAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LILLIAN WINKELSTEIN against SAMUEL WOLLAN.— Motion, having become academic by virtue of the decision of this court in *People ex rel. Winkelstein* v. *Wollan* (2 A D 2d 838), is dismissed and stay vacated. Concur — Peck, P. J., Breitel, Cox, Frank and Bergan, JJ.

## (October 4, 1956)

■ THE PEOPLE OF THE STATE OF NEW YORK v. FREDERICK SCOTT.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRED HARTJEN, Also Known as FREDERICK SCOTT.— Motion to dismiss appeal granted. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

## (October 9, 1956)

■ RAYE L. WLODAVER, Respondent, v. SAUL G. WLODAVER, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ.

■ MURRAY SPRUNG, Respondent, v. MATTHEW H. JAFFE, Appellant, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ In the Matter of STANLEY D. WAXBERG et al., as Executors of ALFRED EDWARDS, Deceased, Respondents. JEANETTE G. EDWARDS, Appellant; FEDERATION OF JEWISH PHILANTHROPIES OF NEW YORK et al., Respondents.— Decree unanimously affirmed, with costs to all parties appearing and filing briefs herein, payable out of the estate. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ SIDNEY P. SMALL et al., Copartners Doing Business under the Name of SMALL, ROSS & LANDESMAN, Respondents, v. ALFRED BAKER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Concur — Peck, P. J., Breitel, Cox, Frank and Valente, JJ.

■ FAY COHEN et al., Respondents, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Determination unanimously affirmed, with costs to respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ INDUSTRIAL BANK OF COMMERCE, Respondent, v. MORRIS REISMAN, Appellant.— Determination unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW MARTONE, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ GENERAL SYNDICATE INC., Respondent, v. JAXEL REALTY CORP., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.

■ HARRY SCHAEFFER, Respondent, v. JEROME A. WEISS, Appellant.— Order unanimously affirmed, with $50 costs and disbursements to the respondent. No opinion. Concur — Peck, P. J., Breitel, Botein, Frank and Valente, JJ.